Patricia J. Kasputys, Esquire
Law Offices of Peter G. Angelos, P.C.
100 North Charles Street
Baltimore, MD 21201
Tel: 410-649-2023
Fax: 410-649-2101
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO.: 3:07-cv-00404-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| John J. Klos, Jr., Personal Representative Of the Estate of Denise M. Klos, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, JOHN J. KLOS, JR., (Social Security Number 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), Personal Representative of the Estate of DENISE M. KLOS, (Social Security Number 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), and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: August 20th, 2009

By: *Patricia Kasputys*
Patricia J. Kasputys
Attorney for Plaintiff

DATED: _____Oct. 12_____, 2009   By: _____/s/_____

                                               DLA PIPER LLP (US)
                                               1251 Avenue of the Americas
                                               New York, NY 10020
                                               Telephone: (212) 335-4500
                                               Facsimile: (212) 335-4501
                                               *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____10/16/09_____

                              Hon. Charles R. Breyer



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA